UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jay Aupperle

Case No.: 18-26405
Judge: Altenburg
Chapter: 13

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jay Aupperle, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. [X] I am not required to pay domestic support obligations, or
   [ ] I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or
   [ ] I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: _____

4. The name and address of my current employer is (enter NONE if not currently employed): _____

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

Debtor's Signature: Jay Aupperle

**NOTE:** Each debtor in a joint case must file separate Certifications in Support of Discharge.

Rev. 1/1/08